JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 17-40042 RLE |
| **Sharon Yvette Burns**, | § | |
| | § | Chapter: 7 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Bank of America, N.A. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Bank of America, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 3/29/2017     McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong, Esq.
Jennifer C. Wong, Esq.,
Attorneys for Bank of America, N.A.

M&H File No. CA-17-135403

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Sharon Yvette Burns,<br><br>    Debtor. | Case No. 17-40042 RLE<br><br>Chapter 7<br><br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Roger L. Efremsky |

1

File No. CA-17-135403
Certificate of Service, Case No. 17-40042 RLE

Case: 17-40042    Doc# 12    Filed: 03/30/17    Entered: 03/30/17 10:45:26    Page 2 of 3

# CERTIFICATE OF SERVICE

On 3/30/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Sharon Yvette Burns, 25122 Angelina Lane, Hayward, CA 94544

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1624 Franklin St. #911, Oakland, CA 94612

TRUSTEE
Sarah L. Little, 2415 San Ramon Valley Blvd. #4432, San Ramon, CA 94583

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 3/30/2017    /s/ Christian Aguilar
                    Christian Aguilar