1  JaVonne M. Phillips, Esq. SBN 187474
2  Kristin A. Zilberstein, Esq. SBN 200041
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811
   kzilberstein@mccarthyholthus.com
6
7  Attorneys for Bank of America, N.A.

The following constitutes
the order of the court. Signed May 3, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:                                          ) Case No. 17-40042 RLE
                                                )
Sharon Yvette Burns,                            ) Chapter 7
                                                )
                Debtor(s).                      )
_____         )
Bank of America, N.A.                           ) **ORDER AUTHORIZING DEBTOR TO**
                Movant,                         ) **ENTER LOAN MODIFICATION**
     v.                                         ) **AGREEMENT**
                                                )
Sharon Yvette Burns, Debtor(s); and Sarah L.    )
Little, Chapter 7 Trustee,                      )
                                                )
                Respondents.                    )
                                                )
_____         )

1  The motion of Bank of America, N.A., "Movant", for an Order Authorizing Debtor To
2  Enter Loan Modification Agreement has been filed.

3  Upon reading the papers and pleadings on file herein and based on the evidence
4  presented, the Court rules as follows:

5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entry into the loan
6  modification between Bank of America, N.A. and Sharon Yvette Burns (Debtor), in regards to
7  the real property commonly known as 25122 Angelina Lane # 18, Hayward, CA 94544 is
8  approved.

9  While this Order approves of the entering into the loan modification, this Order shall not
10 be construed as approving or disapproving of any specific terms in said loan modification.

**END OF ORDER**

**COURT SERVICE LIST**

None