```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 17-40042 RLE** |
| **SHARON YVETTE BURNS,** | **Chapter 7** |
| Debtor. _____/ | **APPLICATION FOR ORDER SHORTENING TIME OF NOTICE AND OPPORTUNITY FOR HEARING RE MOTION TO COMPEL ABANDONMENT** |

Patrick L. Forte, attorney for debtor, hereby applies for an Order shortening the time for service of the Notice & Opportunity for Hearing re the Motion to compel abandonment to seven (7) days. The motion is based on the documents filed in this case and the Declaration of Patrick L. Forte filed herewith.

Dated: July 14, 2017

```
                              /s/ Patrick L. Forte
                              PATRICK L. FORTE
                              Attorney for Debtor
```