```
PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
```

The following constitutes
the order of the court. Signed July 14, 2017

Attorneys for Debtor

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**  Case No. 17-40042 RLE

**SHARON YVETTE BURNS,**  Chapter 7

**Debtor.**  <u>ORDER SHORTENING TIME OF NOTICE AND OPPORTUNITY FOR HEARING RE MOTION TO COMPEL ABANDONMNET</u>
_____/

   Upon reviewing and considering the Application for Order Shortening Time of Notice and Opportunity for Hearing Re Motion to Compel Abandonment, and good cause appearing therefor,

   IT IS ORDERED that the time for service of the Notice & Opportunity for Hearing re the Motion to Compel Abandonment, docket entry #27, is shortened to seven (7) days.

**END OF ORDER**

# COURT SERVICE LIST

'No physical service required'