```
PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
```

The following constitutes
the order of the court. Signed July 31, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 17-40042 RLE |
| **SHARON YVETTE BURNS,** | Chapter 7 |
| Debtor. | **ORDER TO COMPEL TRUSTEE TO ABANDON HER INTEREST IN DEBTOR'S RESIDENCE** |

The above named debtor having served a Motion to Compel Trustee to Abandon Her Interest on July 20, 2017, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that Motion to Compel Trustee to Abandon Her Interest in Debtor's Residence be granted and the Chapter 7 trustee be compelled to immediately abandon her interest in Debtor's residence.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'