PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

**The Relief Sought in the follow order is DENIED. Signed August 1, 2017**

Attorneys for Debtor

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No: 17-40042 RLE |
| **SHARON YVETTE BURNS,** | Chapter 7 |
| Debtor. | ORDER WAIVING ABANDONMENT FEE FROM MOTION TO COMPEL ABANDONMENT OF PROPERTY |
| _____/ | |

The Court having considered the Debtor's Ex-Parte Application to Waive Fee For Motion to Compel Abandonment of Property and good cause appearing;

**IT IS ORDERED** that the fee for the motion to compel abandonment of property be waived.

***END OF ORDER***

**COURT SERVICE LIST**

'No physical service required'